UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ANTHONY DUKE, SR., | ) | NO. ED CV 21-796-VAP(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| J. WALKER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff filed a complaint on May 4, 2021.  It appears that proper service of the summons and complaint was not made upon any defendant within 90 days after the filing of the complaint or during the extended period for service allowed by the Minute Order, filed September 9, 2021.  Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, IT IS ORDERED that, within thirty (30) days of the date of this Order, Plaintiff shall show cause, if there be any, why proper service was not made timely and why this action should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration,

///

///

signed under penalty of perjury.  Failure timely to file such a declaration may result in the dismissal of this action without prejudice.

DATED: November 16, 2021.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE