**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ANTHONY DUKE, SR., | ) NO. ED CV 21-796-VAP(E) |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| J. WALKER, ET AL., | ) CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered dismissing the action without prejudice.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Plaintiff.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 15, 2022.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE