JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ANTHONY DUKE, SR., | ) | NO. ED CV 21-796-VAP(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| J. WALKER, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 15, 2022.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE